# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAMIEN MCDANIEL, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:12-cv-03872-VEH |
| ) | |
| CITY OF FAIRFIELD, et al., ) | |
| ) | |
| Defendants ) | |

## **MEMORANDUM OPINION**

On February 19, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. To date, no objections have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that defendants' Motion to Dismiss be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this 20th day of March, 2013.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge